March 10, 2006

Ms. Claudia Wilson Frost
Mayer Brown Rowe & Maw, LLP
700 Louisiana Street, Suite 3600
Houston, TX 77002-2730

Mr. Britton D. Monts
Monts & Ware, L.L.P.
1701 North Market, Suite 330
Dallas, TX 75202

Mr. Hector H. Cardenas
2600 Via Fortuna, Suite 300
Austin, TX 78746

Ms. Hortencia Garcia
Rt. 8 Box 606-A
Brownsville, TX 78520

Ms. Sandra Pappagiorgio
794 Normandy
Houston, TX 77015

Mr. Pedro Garcia
Rt. 8 Box 606-B
Brownsville, TX 78520
Mr. Alberto T. Garcia III
Law Offices of Alberto T. Garcia III
10125 North 10th Street, Suite E
McAllen, TX 78504

Mr. Frank Costilla
Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, TX 78520

Mr. Tom C. McCall
McCall & Ritchie, L.L.P.
2600 Via Fortuna, Suite 300
Austin, TX 78746-7983

Ms. Rebecca Gomez Sexton
1814 Greenbriar Avenue
Brownsville, TX 78520

Mr. George Butcher
619 Sutton Drive
San Antonio, TX 78228

Mr. Ramon Donato Garcia
150 Denise Avenue
San Benito, TX 78586

RE: Case Numbers. 05-0653 and 06-0189
 Court of Appeals Number: 13-01-00062-CV
 Trial Court Number: 93-02-00706-A

Style: GILBERT KERLIN, INDIVIDUALLY, GILBERT KERLIN, TRUSTEE, WINDWARD
 OIL & GAS CORP., AND PI CORP.
 v.
 CONCEPCION SAUCEDA, ET AL., I

Dear Counsel:

 Today the Supreme Court of Texas granted the motion pursuant to Texas
Rule of Appellate Procedure 56.3, and issued the enclosed order and
judgment, in the above-referenced cases.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

|cc:|Ms. Cathy Wilborn |
| |Ms. Esmeralda |
| |Carroll |
| |Ms. Aurora De La |
| |Garza |